175 A.3d 174

MELISSA KOLLAR, PETITIONER–PETITIONER, v. BOARD OF ED-
UCATION OF THE TOWN OF HARRISON, HUDSON COUNTY,
DEFENDANT–RESPONDENT. (COMMISSIONER OF EDU-
CATION—RESPONDENT)

C–967 September Term 2017
079983

November 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005203–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 174

MONTCLAIR STATE UNIVERSITY, PLAINTIFF–RESPONDENT,
v. COUNTY OF PASSAIC, DEFENDANT, AND CITY OF
CLIFTON, DEFENDANT–PETITIONER.

C–328 September Term 2017
080084

November 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003318–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.